OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 18 2015
$ 000.27⁵

11/18/2015

APPLEGATE, JEFFERY DUANE   Tr. Ct. No. F8599 A          WR-83,881-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

NOT IN TARRANT COUNTY JAIL

Abel Acosta, Clerk

JEFFERY DUANE APPLEGATE
TARRANT COUNTY JAIL - TDC # 1804949
100 N. LAMAR
FORT WORTH, TX 76102

ANK